NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARLAA D. JACKSON,**
*Plaintiff-Appellant*

**v.**

**TONYA LONG,**
*Defendant-Appellee*

**HUNTER, SCOUT,**
*Defendants*

---

2025-1852

---

Appeal from the United States District Court for the Western District of Kentucky in No. 5:24-cv-00133-CRS, Judge Charles R. Simpson, III.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

In response to the court's July 8, 2025 show cause order, Tonya Long moves to dismiss this appeal. Marlaa D. Jackson has not responded.

Ms. Jackson filed a complaint in the United States District Court for the Western District of Kentucky asserting 42 U.S.C. § 1983 claims against state entities. On April 18, 2025, the district court dismissed some claims and allowed others to proceed. On June 9, 2025, the district court received an envelope labeled "appeal form," with enclosures appearing to suggest Ms. Jackson wishes to appeal the district court's April 18th order. The case otherwise remains pending before the district court. *See* Dkt. No. 26 (issued August 13, 2025, directing the parties to complete discovery by November 19, 2025).

This court's jurisdiction over appeals from federal district courts is generally limited to review of patent cases, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see id.* § 1295(a)(4)(C); and cases involving certain damages claims against the United States not exceeding $ 10,000 in amount, *id.* §§ 1295(a)(2), 1346(a)(2). Ms. Jackson's case falls outside of that review authority. While 28 U.S.C. § 1631 generally authorizes this court to transfer an appeal to another court where it could have been brought, transfer would not be appropriate here because no court of appeals would have jurisdiction since there has been no final appealable judgment entered in the case, *see* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b).

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 30, 2025
Date